## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02994-PAB-MEH

LINDA KERNS,

    Plaintiff,

v.

BAYER CORPORATION, an Indiana corporation,
BAYER HEALTHCARE LLC, a Delaware corporation,
BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation,
BAYER SCHERING PHARMA AG, a German corporation, and
BAYER AG, a German corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' unopposed motion to stay all activity in the case [Docket No. 11]. Having considered the grounds for the motion, it is

    **ORDERED** that the motion [Docket No. 11] is GRANTED.  It is further

    **ORDERED** that this matter is STAYED pending a decision by the United States Judicial Panel on Multidistrict Litigation as to whether this case will be transferred to the pending MDL matter No. 2100.  It is further

    **ORDERED** that the parties shall file a joint status report sixty days from the date of this order.

    Dated January 12, 2010.